UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYOLO DIMAS,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>          Defendant. | No. 2:16-cv-2720-EFB<br><br><br>ORDER |

Pursuant to the court's scheduling order, plaintiff was required to file her motion for summary judgment by no later than April 3, 2017. ECF No. 5. As of the date of this order, plaintiff has not filed her motion for summary judgment. Local Rule 110 provides that failure to comply with the court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall show cause, in writing, no later than December 20, 2017, why sanctions should not be imposed for her failure to timely file her motion for summary judgment; and

2. Plaintiff shall file her motion for summary judgment no later than December 20, 2017; and

/////

1

3. Failure to file a motion for summary judgment may result in dismissal of this action for lack of prosecution and/or failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

DATED: November 16, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE